**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6107**

BETTY J. MURPHY,

Plaintiff - Appellant,

versus

CARL PATRICK, ABC Officer;

Defendant - Appellee,

and

PAUL WEINMAN, United States Assistant Attorney
General,

Defendant.

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro. William L. Osteen, Sr.,
District Judge. (CA-91-453-2)

Submitted: July 24, 1997          Decided: August 6, 1997

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Betty J. Murphy, Appellant Pro Se.  Roddey Miller Ligon, Jr., WOMBLE, CARLYLE, SANDRIDGE & RICE, Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on her complaint in which she asserted claims under 42 U.S.C. § 1983 (1994), and <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Murphy v. Patrick</u>, No. CA-91-453-2 (M.D.N.C. Sept. 17, 1992; Mar. 21, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2